Clerk's Office U.S. Dist. Court at Roanoke VA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 18 2017

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

United States of America v. Barry Ray Miles Jr

Criminal No. 7:16-CR-00057

Motion to Petition

Im writing in regards of my case (Case N. 7:16-CR-00057) I've just went to court on Jan6 for a plea agreement but I also wanted to dicuss some issue's with the judge also. but my lawyer Michelle Derrico said not to. So Im writing to petition the courts for a hearing regards to why are Barry Bay Miles Jr being housed in Administrative Segregation without any priveleges far as PHONE, Visits, Emails or being in regular population like any other Federal Inmate. I've spoke to everbody I could possibly speak with about this matter. The U.S. Marshal's said that I have to go in front of the judge for this Matter. So by that being said I will like to court order a hearing pertaining to thise matter I've been locked up since Nov 16, 2016 two week after me being in hear I was placed in Segregation an been here every since. I will like to kno wat the reason's behind this. I got court MAR that will be almost 5 months confined. So can I please have a hearing about this Matter

Thankyou

Barry Miles Jr

Barry Miles Jr
5885 West River RD
Salem VA 24153

GREENSBORO NC 274
PIEDMONT TRIAD AREA
10 JAN 2017 PM 7 L

FOREVER
USA

Bank Swallow

U.S. District Court Clerk
Julia C. Dudley
210 Franklin Rd SW
Suite 540
Roanoke VA 24011

24011-000340